# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 30, 2019

SEAN F. McAVOY, CLERK

| BENJAMIN V., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:18-CV-00159-SAB |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:　The Court adopts Magistrate Judge Dimke's Report andRecommendation, ECF No. 19, in its entirety;
Plaintiff's Motion for Summary Judgment, ECF No. 15, is DENIED;
Defendant's Motion for Summary Judgment, ECF No. 17, isGRANTED;
The decision of the ALJ is affirmed. The District Court Executive isdirected to enter judgment in favor of Defendant and against Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge　Stanley A. Bastian　on a motion for summary judgment.

Date: 5/30/2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*
Sara Gore